IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Polen, Starlene

Printed: 2/26/08

Case Number: 05 B 35659
Judge: Hollis, Pamela S
Filed: 9/6/05

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: January 14, 2008
Confirmed: November 21, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 2,893.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 330.67 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,409.20 |
| Trustee Fee: |  | 153.13 |
| Other Funds: |  | 0.00 |
| Totals: | 2,893.00 | 2,893.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Timothy K Liou | Administrative | 2,409.20 | 2,409.20 |
| 2. | Peoples Energy Corp | Unsecured | 148.77 | 0.00 |
| 3. | City Of Chicago Dept Of Revenue | Unsecured | 662.70 | 138.39 |
| 4. | Nationwide Acceptance Corp | Unsecured | 141.63 | 29.58 |
| 5. | Triad Financial Services | Unsecured | 605.28 | 126.39 |
| 6. | Nicor Gas | Unsecured | 173.86 | 36.31 |
| 7. | Nextel Communications | Unsecured |  | No Claim Filed |
| 8. | Commonwealth Edison | Unsecured |  | No Claim Filed |
| 9. | Glc Properties C/O Herbert C Goldman | Unsecured |  | No Claim Filed |
| 10. | Del Ray Farms C/O Check Enforcement | Unsecured |  | No Claim Filed |
| 11. | MCI Telecommunications | Unsecured |  | No Claim Filed |
| 12. | Providian National Bank | Unsecured |  | No Claim Filed |
| 13. | Charter One Bank | Unsecured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 4,141.44 | $ 2,739.87 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.5% | 41.21 |
| 5% | 12.08 |
| 4.8% | 23.14 |
| 5.4% | 76.70 |
|  | _____ |
|  | $ 153.13 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Polen, Starlene

Printed:  2/26/08

Case Number:  05 B 35659
Judge:  Hollis, Pamela S
Filed:  9/6/05

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_____